**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6744

MICHAEL FRASIER,

Plaintiff - Appellant,

v.

SERGEANT DANIEL PRITCHARD, North Charleston Police Department; STEVEN HALL, North Charleston Police Department; NORTH CHARLESTON POLICE DEPARTMENT, S.C.,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Donald C. Coggins, Jr., District Judge.  (2:23-cv-04163-DCC)

Submitted:  December 19, 2024                    Decided:  December 27, 2024

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Frasier, Appellant Pro Se.  Gordon Wade Cooper, BUYCK LAW FIRM, LLC, Mt. Pleasant, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Frasier appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants' motion to dismiss Frasier's 42 U.S.C. § 1983 civil complaint as barred by the statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Frasier v. Pritchard*, No. 2:23-cv-04163-DCC (D.S.C. July 16, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*